UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JAMAL GIBBS,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>UNIVERSITY CORRECTIONAL<br>HEALTHCARE, et al.,<br><br>　　　　　　　Defendants. | Civil Action No.: 14-7138 (MAS)<br><br>**MEMORANDUM AND ORDER** |

　　　　Presently before the Court is Defendant Carol Gallagher's ("Defendant") second Motion for Extension of Time to File Answer ("Motion"). It appearing that:

　　　　1. The Clerk of the Court previously granted an extension to answer pursuant to L. Civ. R. 6.1(b), extending the time to answer to July 7, 2015. (*See* ECF No. 27.)

　　　　2. In the instant Motion, Defendant is requesting another extension, extending the due date to September 2, 2015.

　　　　3. Federal Rules of Civil Procedure allows the Court to extend the time to answer "for good cause." Fed. R. Civ. P. 6(b)(1). However, in her Motion, Defendant provides no explanation why another two-month extension is needed to file an answer. This does not satisfy the "good cause" requirement of Rule 6. Nonetheless, the Court will allow a 30-day extension; further extensions will not be granted absent a showing of good cause.

　　　　**IT IS** therefore on this 7th day of July, 2015,

　　　　**ORDERED** that Defendant's Motion for Extension of Time to File Answer, (ECF No. 30), is hereby **GRANTED**; it is further

1

**ORDERED** that Defendant shall have until August 6, 2015 to file an answer; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Petitioner by regular U.S. mail.

                              _____
                              Michael A. Shipp
                              United States District Judge